LODGED
JAN 20 2005
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (SOUTHERN - SANTA ANA DIVISION)

"BY FAX"

| | |
|---|---|
| GRAPHIC COMMUNICATIONS UNION, DISTRICT COUNCIL NO. 2, AFL-CIO, and CARLOS FRANCO, JOSE BERJARNO, MARUIN LEPE RAMIREZ, PEDRO RODRIGUEZ, RENE GALLEGOS and JOSE LUIS MARTIN, individually and on behalf of all similarly situated employees, <br><br> Plaintiffs, <br><br> vs. <br><br> AMCOR SUNCLIPSE NORTH AMERICA, CORRUGATED SERVICES WESTERN DIVISION and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. ~~SAVC-04-179 JVS (ANx)~~ CV 04-6898-GPS(SSx) <br><br> [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1) <br><br> ✓ Docketed <br> ___ Copies / NTC Sent <br> ✓ JS-5 / JS-6 <br> ___ JS-2 / JS-3 <br> ___ CLSD |

DOCKETED ON CM
JAN 27 2005
BY _____ 004

LA1 6507298.1

1  IT IS HEREBY ORDERED that the above-captioned action be and hereby is
2  dismissed with prejudice pursuant to FRCP 41(a)(1).
3  **IT IS SO ORDERED.**

4
5  DATED: 1/25/05       _____
6                       UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On January 20, 2005, I served the within documents:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1) and [PROPOSED] ORDER**

[X] I sent such document from facsimile machine (310) 201-5219. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

[ ] by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Robert A. Cantore, Esq.
Ian D. Thompson, Esq.
GILBERT & SACKMAN
A LAW CORPORATION
6100 Wilshire Boulevard, Suite 700
Los Angeles, CA 90048-5114

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on January 20, 2005 at Los Angeles, California.

_____
Christina E. Ritter

LA1 6451467.1